## SECOND DEPARTMENT, DECEMBER, 1884.

The People of the State of New York, Respondents, v. William A. White, Appellant. — Conviction and judgment reversed and new trial granted. Opinions by Barnard, P. J., and Dykman, J.

George C. Genet, Appellant, v. The City of Brooklyn, Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J.; Pratt, J., not sitting.

The Bowker Fertilizing Company, Appellant, v. Lawrence N. Cox, Respondent. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., dissenting.

Jacob Haag and another, Respondents, v. Charles Hillemeyer, Appellant. — Judgment reversed and new trial granted, costs to abide event and order of reference vacated. Opinion by Barnard, P. J.

Margaretta Remsen and others, Appellants, v. George S. Wheeler, Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J.

Ann Block, Appellant, v. David Kelly, Respondent. — Judgment of County Court reversed, with costs. Opinion by Pratt, J.

Samuel Holmes, Appellant, v. John McAdams and others, Respondents.—Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Harmon Felter and another, Appellants, v. Daniel Denoyelles and John L. Denoyelles, Respondents.—Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., dissenting.

Warren Currier, Appellant, v. The New York, West Shore and Buffalo Railroad Company, Respondent. — Reargument ordered. Barnard, P. J., not sitting.

The First National Bank of Sing Sing, Appellant, v. Thomas H. Chalmers and others, Respondents. — Judgment and order denying new trial reversed and new trial granted; costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

James L. Wheeler and another, Appellants, v. Thomas H. Chalmers and another, Respondents.—Judgment and order denying new trial reversed and new trial granted; costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Sylvia A. White, Respondent, v. William Law as Executor, etc., Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

In the Matter of Application of St. George M. E. Church. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.

The People of the State of New York ex rel. John Andrews, Respondent, v. Aaron Brinckerhoff, Comptroller, Appellant. — Order reversed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Josiah H. Burton, Respondent, v. Antoinette W. Sherman, Appellant. — Order reversed, with costs and disbursements, and motion granted, without costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Warren B. Smith and others, Respondents, v. Smith Moquette Loom Company and another, Defendants; Charles E. Skinner, Appellant. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Charles H. Greenleaf v. The Brooklyn, Flatbush and Coney Island Railroad Company. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Charles G. S. Baker, Appellant, v. Jarvis S. Baker, Respondent. — Order affirmed, with costs and disbursements. Opinions by Dykman and Pratt, JJ.; Barnard, P. J., not sitting.

Eugene Odell, Plaintiff, v. Abraham B. Odell, Defendant; James G. Powers, Purchaser, Appellant. — Order reversed and referee directed to pay taxes in question. No costs granted on appeal. Opinion by Pratt, J.; Dykman, J., not sitting.

The National Bank of Rahway, Respondent, v. William L. Schoener, Appellant. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Daniel McMahon, Respondent, v. The Brooklyn City Railroad Company, Appellant. — Order affirmed, with costs and disbursements. Opinion by Dykman, J.

Martha Maxwell, Respondent, v. Alfred D. McKinstry, Appellant.—Order affirmed, with costs and disbursements. Opinion by Dykman, J.

Mary McGuire, as Administratrix, etc., Respondent, v. George Selden and another, Appellants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Georgianna Harron and others, Appellants, v. De Witt C. Carroll, Respondent.—Judgment modified in accordance with opinion, without costs of appeal. Order to be settled by Pratt, J. Opinion by Pratt, J.

Andre Gusstaf, Respondent, v The American Steamship Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Daniel S. Dickinson, Appellant, v. Anna B. Bush and others, Respondents. — Judgment affirmed, with costs. Opinion by Pratt, J.

John W. Mehl, Respondent, v. John H. Hilliker and others, Appellants.—Judgment modified in accordance with opinion, with costs of appeal to all parties out of the estate. Order to be settled by Justice Barnard. Opinion by Barnard P. J.

Margaretta P. Remsen and others, Appellants, v. George A. Powers, Appellant.—Judgment affirmed, with costs. Opinion by Dykman, J.

Charles Brooks, Respondent, v. The Farmers' Creamery Association of Turners, Respondent. — Judgment of County Court affirmed, with costs. Opinion by Pratt, J.

Josie Teets, Respondent, v. The Village of Middletown, Appellant.—Judgment and order denying motions affirmed, with costs. Opinion by Barnard, P. J.

Ellen Tilyou, Appellant, v. Town of Gravesend and others, Respondents. Peter A. Tilyon, Appellant, v. The Same, Respondents.—Judgment in each case affirmed, with costs. Opinion by Dykman, J.

Ella J. T. Roche, Respondent, v. The Brooklyn and Newton Railroad Company, Appellant.— Judgment affirmed, with costs. Opinion by Barnard, P. J.

James Gould, Appellant, v John Nyce, Respondent.—Judgment affirmed, with costs. Opinion by Pratt, J.

Aaron P. Bates, Appellant, v. Sarah King, Respondent.—Judgment affirmed, with costs. Opinion by Dykman, J.

George F. Muller, Respondent, v. The Bush and Denslow Manufacturing Company, Appellant.—Order affirmed, with ten dollars costs and disbursements. Opinion by Dykman, J.

Margaret S. Woodbridge, Appellant, v. I. Wayland Cook and others, Respondents.—Judgment affirmed, with costs. Opinion by Pratt, J.

Felix Campbell, Plaintiff, v. Seligman Tryer and another, Defendants. — Exceptions sustained and judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Charles U. Wing, Appellant, v. The Ansonia Clock Company, Respondent, Impleaded,